IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEITH BRIAN CRUITT,<br>　　Plaintiff, | : <br> : <br> : | |
| v. | : | CIVIL ACTION 1:18-00119-KD-B |
| CITY OF MOBILE, ALA., *et al.,*<br>　　Defendants. | : <br> : <br> : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 4, 2019, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's action is **DISMISSED** with prejudice, prior to service of process, for his failure to comply with the Court's Orders.

It is thus further **ORDERED** that the Motion to Enlarge Time for Filing Complaint (Doc. 18), Motion to Set Aside Document 22 (Doc. 23), Motion for Emergency Hearing Regarding Emergency Injunctive Relief Requested in the Amended Complaint (Doc. 28), and Motion for Emergency Hearing Regarding Emergency Injunctive Relief and Continuing Injunctive Requested in the Amended Complaint Six Corrected (Doc. 30), are **DENIED** as **MOOT.**

**DONE** and **ORDERED** this the **23rd** day of **May 2019.**

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**